# U.S. Bankruptcy Court
## Southern District of California

In re:

**EPIC CYCLE INTERACTIVE, INC.**

Bankruptcy Case No. **08–03289–JM7**

Debtor

Adversary Proceeding No. **11–90112–JM**

**RONALD E. STADTMUELLER**

Plaintiff

v.

**JUMPTV**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

Clerk, U.S. Bankruptcy Court
Southern District of California
325 West F Street
San Diego, California 92101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

RONALD E. STADTMUELLER
10755 SCRIPPS POWAY PKWY., #370
SAN DIEGO, CA 92131

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued:

**03/23/2011**

Barry K. Lander, Clerk Of Court

CSD 3007

# PROOF OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made _____ by:
[date]

[ ] Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:

[ ] Personal Service - By leaving the documents with the following defendants(s) or an officer or agent of the defendant(s) at:

[ ] Residence Service - By leaving the documents with the following adult at:

[ ] Publication - The defendant was served as follows: [describe briefly]

[ ] State Law - The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____                    _____
[Date]                                                                                       [Signature]

| Print Name |  |  |
|---|---|---|
| Business Address |  |  |
| City | State | ZIP |

CSD 3007